UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                :

IN RE WORLD TRADE CENTER LOWER     :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

                                :

                                :

                                :
-------------------------------------------------------------X
                                

ANDRZEJ BACZKOWSKI AND ZOFIA     :   07-CV-01565-AKH
BACZKOWSKI,                         :

                    Plaintiffs,   :   **APPEARANCE**

                                :

   - against -                   :   **ELECTRONICALLY FILED**

                                :

222 BROADWAY, LLC, *et al.*,          :

                                :

                    Defendants.   :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:


**222 BROADWAY, LLC.**


I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                        By:    /s/ Judith R. Cohen
                                  _____
                            Judith R. Cohen (JC-8614)
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Phone: (212) 277-6500
                            Fax: (212) 277-6501

                            *Attorney for Defendant*
                            222 BROADWAY, LLC