

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER      21 MC 102
MANHATTAN DISASTER SITE LITIGATION

**STIPULATION AND**
**ORDER OF DISMISSAL**

This order relates to:
07 CV 1565 (AKH)
06 CV 14484 (AKH)
07 CV 5339 (AKH)
07 CV 1480 (AKH)
07 CV 1486 (AKH)
06 CV 11533 (AKH)
06 CV 14741 (AKH)
07 CV 057 (AKH)
07 CV 5302 (AKH)
05 CV 9161 (AKH)
06 CV 8278 (AKH)
06 CV 11257 (AKH)
07 CV 5386 (AKH)
07 CV 1727 (AKH)
07 CV 4516 (AKH)
07 CV 1700 (AKH)
07 CV 4484 (AKH)
07 CV 4522 (AKH)

------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against defendants, **CUSHMAN & WAKEFIELD, INC.** and **CUSHMAN & WAKEFIELD 111 WALL, INC.** only, without costs to either party as against the other

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that **CUSHMAN & WAKEFIELD, INC.** and **CUSHMAN & WAKEFIELD 111 WALL, INC.** are proper parties to this suit, plaintiff may reinstitute the action without regards to the applicable statute of limitations, assuming said original action was timely commenced, and in such instance these defendants shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   October 2, 2007
         New York, New York

By:  _____
     Frances B. Stella, Esq. (FS 3339)
     Wolf Block Schorr and
     Solis-Cohen LLP
     Attorneys for Defendants, Cushman &
     Wakefield, Inc. and Cushman &
     Wakefield, 111 Wall, Inc.
     101 Eisenhower Parkway
     Roseland, NJ 07068
     Tel: (973) 403-3149
     Fax: (973) 618-5549

By:  _____
     Christopher R. Lopalo, Esq. (CL6466)
     Worby Groner Edelman &
     Napoli Bern LLP
     Attorneys for Plaintiff
     115 Broadway, 12th Floor
     New York, New York 10006
     Tel: (212) 267-3700

SO ORDERED: 10/12/07
_____
HON. ALVIN K. HELLERSTEIN