William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

_____X

ANDRZEJ BACZKOWSKI (AND WIFE, ZOFIA
BACZKOWSKI)
                                            **NOTICE OF THE**
                                            **BROOKFIELD**
                   V.                       **PARTIES' ADOPTION OF**
                                            **AMENDED ANSWER**
                                            **TO MASTER**
                                            **COMPLAINT**

222 BROADWAY, LLC, ET AL.
                                            CASE NUMBER: (AKH)
                                            07 CV 01565
_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, and Brookfield Financial Properties, Inc. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 22 2007

                    Faust, Goetz, Schenker & Blee, LLP

                    _____
                    By: William J. Smith (WJS-9137)
                    Attorneys for the Brookfield Parties
                    Two Rector Street, 20th Floor
                    New York, NY 10006
                    (212) 363-6900