UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                    21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------x
ANDRZEJ BACZKOWSKI and ZOFIA BACZKOWSKI

          Plaintiffs,  Index No.: 07 CV 01565

  -against-  **NOTICE OF APPEARANCE**

RECTOR OF TRINITY CHURCH, et al.

              **ELECTRONICALLY**
         Defendants.  **FILED**
------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:  New York, New York
      December 10, 2007

              LONDON FISCHER LLP

      By:  _____
              Gillian Hines Kost (GK-2880)
              59 Maiden Lane
              New York, New York 10038
              Phone: (212) 972-1000
              Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR TRINITY OF CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Baszkowski\Pleadings\Notice of Appearance