UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER           21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
ANDRZEJ BACZKOWSKI and wife ZOFIA
BACZKOWSKI
                                          Index No.: 07 cv 1565
                        Plaintiffs,

            -against-                     **NOTICE OF
                                          APPEARANCE**
RECTOR OF TRINITY CHURCH, et al.,
                                          **ELECTRONICALLY
                        Defendants.       FILED**
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Rector of Trinity Church".**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
           January 23, 2008


                                    LONDON FISCHER LLP

                          By:       _____
                                    Gillian Hines Kost (GK-2880)
                                    59 Maiden Lane
                                    New York, New York 10038
                                    Phone: (212) 972-1000
                                    Fax: (212) 972-1030

*Attorney for Defendants*
**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Rector of Trinity Church".**

K:VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance