Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
|---|---|
| ANDRZEJ BACZKOWSKI,<br><br>                    Plaintiff,<br><br>-against-<br><br>222 BROADWAY, LLC, ET. AL.,<br><br>                    Defendants. | INDEX NO.: 07-CV-01565 (AKH)<br><br>**NOTICE OF APPEARANCE**<br><br>**ELECTRONICALLY FILED** |

COUNSELOR:

　　　　PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
　　　　May 12, 2008

　　　　　　　　　　　　　　　　　　　　　　Yours etc.,

　　　　　　　　　　　　　　　　　　　　　　McElroy, Deutsch, Mulvaney & Carpenter, LLP

*Attorneys for Defendant*
*Ambient Group, Inc.*

By: s/ John P. Cookson
Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483.9490

TO:Worby Groner Edelman & Napoli Bern, LLP
115 Broadway, 12th Floor
New York, New York 10006
(212) 267.3700

Gregory J. Cannata, Esq.
Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, New York 10279
(212) 553.9206

James E. Tyrrell, Jr., Esq.
Patton Boggs LLP
One Riverfront Plaza
Newark, New Jersey 07102
(973) 848.5600

Thomas A. Egan, Esq.
Fleming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412.9500

2

**CERTIFICATION OF SERVICE**

    I hereby certify that on the 12th day of May 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

                                        McElroy, Deutsch, Mulvaney & Carpenter LLP

                                        By: _s/ John P. Cookson_____
                                                Richard S. Mills (RM-0206)
                                                John P. Cookson (JPC-9391)
                                                *Attorneys for Defendant*
                                                *Ambient Group, Inc.*
                                                Wall Street Plaza
                                                88 Pine Street, 24th Floor
                                                New York, New York 10005
                                                (212) 483-9490